**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                          Chapter 13
                             Case No.: 16-19113-RAM

ALBERTO AGUSTIN SUEGART,

    Debtor.
_____/

**MOTION TO COMPEL DEBTOR TO FILE A**
**MODIFIED PLAN AND REQUEST FOR HEARING**

Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT II TRUST**, ("BSI" or "Secured Creditor"), by and through its undersigned attorney, hereby files this Motion to compel Debtor to file a Modified Chapter 13 Plan and Request for Hearing (the "Motion") and in support of its Motion, Secured Creditor states as follows:

1. On June 28, 2016, Debtor, Alberto Agustin Suegart (the "Debtor) filed for relief under Chapter 13 of the Bankruptcy Code.

2. On August 15, 2016, Secured Creditor timely filed its secured proof of claim [Claim No. 1-1] which reflects a total claim of $289,395.30, with arrearage amount of $45,887.62, and with on-going payments of $1,376.73 (the "Claim")

3. On October 2, 2016, Debtor filed an *Ex-Parte* Verified Motion for Referral to Mortgage Modification Mediation [D.E. 31].

4. On October 24, 2016, the Court entered the Order Confirming First Amended Chapter 13 Plan [D.E 37] (the "Confirmation Order").

5.      On August 7, 2017, an Order Granting the Verified Motion for Referral to Mortgage Modification Mediation was entered [D.E. 48].

6.      Pursuant to the Confirmation Order, *"[I]f the lender and the debtor fail to reach a settlement, then no later than 14 calendar days after the mediator's Final Report is filed, the debtor will amend or modify the plan to (a) conform to the lender's Proof of Claim (if the lender has filed a Proof of Claim) or (b) provide that the real property will be surrendered. If the amended or modified plan provides that the real property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have in rem relief from the automatic stay as to the real property being surrendered."*

7.      On November 29, 2017, a Final Report of Loss Mitigation Mediator was filed with the Court [D.E. 49] which denotes that the parties did not reach an agreement.

8.      To date, the Debtor has failed to file a Modified Plan to conform to the Claim or provide that the real property will be surrendered. As such, Secured Creditor is requesting that the Debtor be compelled to file a modified plan.

9.      On March 14, 2018, Secured Creditor filed is Motion for Clarification of the Automatic [D.E. 68] (the "Motion to Confirm No Stay").

10.      On June 11, 2018, the Court entered an Agreed Order on Agreed *Ex-Parte* Motion to Continue Hearing on the Motion to Confirm No Stay continuing the hearing for July 24, 2018 at 9:00 a.m.

11.      Secured Creditor respectfully request that the Court set a hearing on this Motion in conjunction with the Motion to Confirm No Stay currently set for July 24, 2018 at 9:00 a.m.

12.      Attached hereto as **Exhibit "A"** is a copy of a proposed Order.

*Case No.: 16-19113-RAM*

**WHEREFORE**, Secured Creditor, prays that this Court grant the Motion to Compel Debtor to file a modified Plan, granting attorney's fees for the prosecution of this Motion, and for any such further relief that this Court deems just and proper.

**Dated this 5<u>th</u> day of July, 2018.**

        Respectfully submitted,

        **GHIDOTTI | BERGER, LLP**
        *Attorneys for Secured Creditor*
        3050 Biscayne Blvd. - Suite 402
        Miami, Florida 33137
        Telephone: (305) 501.2808
        Facsimile: (954) 780.5578

        By:  /s/ Chase A. Berger
            Chase A. Berger, Esq.
            Florida Bar No. 083794
            cberger@ghidottiberger.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

        By:  /s/ Chase A. Berger
            Chase A. Berger, Esq.

*Case No.: 16-19113-RAM*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 5, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon

*Debtor*
**Alberto Agustin Suegart**
10309 S.W. 162nd Court
Miami, FL 33196

*Debtor's Counsel*
**Armando Montalvo, Esq.**
44 West Flagler Street -Suite 2050
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

/s/ Chase A. Berger
Chase A. Berger
Fla. Bar No. 083794

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**www.flsb.uscourts.gov**

In re:

                                          Chapter 13
                                  Case No.: 16-19113-RAM

ALBERTO AGUSTIN SUEGART,

    Debtor.
_____/

**ORDER GRANTING MOTION TO**
**COMPEL DEBTOR TO FILE A MODIFIED PLAN**

**THIS MATTER** came before the Court for hearing on July 24, 2018 upon the *Motion to Compel Debtor to File a Modified Plan* [D.E. ___] (the "Motion") filed by BSI Financial Services, As Servicing Agent for HMC Assets, LLC, Solely in Its Capacity as Separate Trustee of Community Development II Trust.  The Court, having reviewed the Motion, and being otherwise duly advised in the premises, it is, hereby,

    **ORDERED,** as follows:

    1.    The Motion is **GRANTED**.

**EXHIBIT "A"**

2. The Debtor is directed to file a modified plan, no later than fourteen (14) calendar days from the date of this Order, that either fully conforms to the Secured Creditor's Proof of Claim [Claim 1-1] or provides for the surrender of the real property commonly described as *10309 S.W. 162nd Court, Miami, FL 33196* (the "Property") and with a legal description described as:

> **LOT 4, IN BLOCK 27, OF FOREST LAKES COUNTY GARDENS, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 149, AT PAGE 81, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. If the modified plan provides that the Property is to be surrendered, then the obligations to the lender will be considered "treated outside the plan" and the lender shall have *in rem* relief from the automatic stay as to the Property without further order of this Court.

4. Secured Creditor is awarded reasonable attorney's fees associated with the prosecution of the Motion.

5. The Court shall retain jurisdiction over this matter to consider and enter such further relief necessary to enforce the terms and conditions of this Order.

###

Submitted by:

**Chase A. Berger, Esq.**
Florida Bar No. 083794
**GHIDOTTI | BERGER LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**

Attorney Chase A. Berger, Esq. is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a Certificate of Service within three days of entry of the order.