**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                                                    Chapter 13
                                                                                Case No.: 16-19113-RAM

**ALBERTO AGUSTIN SUEGART**,

    Debtor.

_____/

**NOTICE OF FILING OF FEDERAL DEPOSIT**
**<u>INSURANCE CORPORATION MERGER DECISIONS</u>**

      **PLEASE TAKE NOTICE** that Secured Creditor, **BSI FINANCIAL SERVICES, AS SERVICING AGENT FOR HMC ASSETS, LLC, SOLELY IN ITS CAPACITY AS SEPARATE TRUSTEE OF COMMUNITY DEVELOPMENT FUND II TRUST,** by and through its undersigned attorneys, hereby files this Notice of Filing of Federal Deposit Insurance Corporation Merger Decisions.

**Dated this <u>20th</u> day of July, 2018.**

                         Respectfully submitted,

                         **GHIDOTTI | BERGER, LLP**
                         *Attorneys for Secured Creditor*
                         3050 Biscayne Blvd. - Suite 402
                         Miami, Florida 33137
                         Telephone: (305) 501.2808
                         Facsimile: (954) 780.5578

                         By:    /s/ Chase A. Berger
                             Chase A. Berger, Esq.
                             Florida Bar No. 083794
                             cberger@ghidottiberger.com

### CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern

District of Florida and I am in compliance with the additional qualifications to practice in this court

as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 20, 2018, I electronically filed the foregoing document

with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission

of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon

*Debtor*
**Alberto Agustin Suegart**
10309 S.W. 162nd Court
Miami, FL 33196

*Debtor's Counsel*
**Armando Montalvo, Esq.**
44 West Flagler Street -Suite 2050
Miami, FL 33130

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By: /s/ Chase A. Berger
Chase A. Berger, Esq.

# Merger
# Decisions
## 2011

Federal
Deposit
Insurance
Corporation

**FDIC**

# FEDERAL DEPOSIT INSURANCE CORPORATION

## MERGER DECISIONS

### ANNUAL REPORT TO CONGRESS

Bank Merger Act Reporting Requirements
(Saturday, January 01, 2011 through Saturday, December 31, 2011)

The Merger applications listed below have been approved by the FDIC during the year 2011. Regarding each application, the FDIC considered and found favorably with respect to the statutory factors, including the financial and managerial resources and future prospects of the existing and proposed institutions; the convenience and needs of the community to be served; the risk to the stability of the United States banking or financial system; and the effectiveness of each depository institution involved in the merger in establishing a program to combat money laundering activities, including in overseas branches.

Except as noted, reports regarding the competitive factors were requested from the Attorney General, and the Summary Report by the Attorney General indicated that the transaction would not have a significant adverse effect on competition.

In each case, the FDIC has determined that the transaction would not result in a monopoly or further any combination or conspiracy to monopolize or to attempt to monopolize the business of banking in any part of the United States.   In addition, the FDIC determined that the transaction would not have the effect in any section of the country to substantially lessen competition or tend to create a monopoly or in any other manner restrain trade, unless the anticompetitive effects of the transaction were clearly outweighed in the public interest by the probable effect of transaction in meeting the convenience and needs of the community to be served.

Finally, the FDIC determined that, for each interstate merger case (other than a case involving an insured depository institution in default or in danger of default), the resulting insured depository institution, including its affiliated insured depository institutions, upon consummation of the transactions would not control more than ten percent (10%) of the total amount of deposits of all insured depository institutions in the United States.

Note:   Additional copies of this Report can be downloaded from the FDIC's Public Information Center's web site at: www.fdic.gov/bank/individual/merger.

# Regular Mergers

| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Assets Acquired (000's) | Offices Acquired | Cert# | Action Approved | DOJ Reply Date | Application Number |
|---|---|---|---|---|---|---|---|---|---|
| | | | **Applicant Institution** | | | **Other/Target Institution** | | | |
| Southern Arizona Community Bank TUCSON, AZ | 92,645 | 34708 | Bank of Tucson TUCSON, AZ | 168,386 | 1 | 34189 | 01/07/2011 | 01/07/2011 | 20102883 |
| The Foothills Bank YUMA, AZ | 285,173 | 34573 | Central Arizona Bank CASA GRANDE, AZ | 8,801 | 1 | 34527 | 09/01/2011 | 08/29/2011 | 20112101 |
| 1st Bank Yuma YUMA, AZ | 138,401 | 57298 | National Bank of Arizona TUCSON, AZ | 7,178 | 1 | 20626 | 12/06/2011 | 11/17/2011 | 20112969 |
| Southland Credit Union LOS ALAMITOS, CA | 485,684 | N/A | Fullerton Community Bank, FSB FULLERTON, CA | 18,300 | 1 | 28449 | 06/29/2011 | 06/16/2011 | 20111399 |
| Center Bank LOS ANGELES, CA | 2,268,327 | 26610 | Nara Bank LOS ANGELES, CA | 2,967,288 | 23 | 27530 | 11/04/2011 | 11/04/2011 | 20111409 |
| Grandpoint Bank LOS ANGELES, CA | 570,669 | 58390 | Orange Community Bank ORANGE, CA | 226,487 | 3 | 35535 | 08/12/2011 | 07/22/2011 | 20111206 |
| GBC International Bank LOS ANGELES, CA | 379,335 | 22366 | New OMNI Bank, National Association ALHAMBRA, CA | 195 | 1 | 23086 | 10/07/2011 | 10/06/2011 | 20112353 |
| Royal Business Bank LOS ANGELES, CA | 300,512 | 58816 | First Asian Bank LAS VEGAS, NV | 35,103 | 2 | 58499 | 06/15/2011 | 04/08/2011 | 20110935 |
| Royal Business Bank LOS ANGELES, CA | 309,153 | 58816 | Ventura County  Business Bank OXNARD, CA | 80,493 | 2 | 57441 | 07/25/2011 | 07/22/2011 | 20111802 |
| Opus Bank REDONDO BEACH, CA | 707,985 | 33806 | Cascade Bank EVERETT, WA | 1,457,791 | 22 | 28823 | 06/15/2011 | 05/19/2011 | 20110981 |
| Opus Bank REDONDO BEACH, CA | 2,182,436 | 33806 | Fullerton Community Bank, FSB FULLERTON, CA | 680,000 | 8 | 28449 | 10/13/2011 | 10/06/2011 | 20111929 |
| Security Bank of California RIVERSIDE, CA | 397,564 | 57964 | Universal Bank WEST COVINA, CA | 28,872 | 1 | 30722 | 12/19/2011 | 11/17/2011 | 20113010 |
| First General Bank ROWLAND HEIGHTS, CA | 338,924 | 58060 | Golden Security Bank ROSEMEAD, CA | 139,749 | 1 | 26615 | 08/05/2011 | 07/11/2011 | 20111503 |
| Embarcadero Bank SAN DIEGO, CA | 81,532 | 58291 | Coronado First Bank CORONADO, CA | 79,046 | 2 | 58019 | 10/31/2011 | 10/21/2011 | 20112082 |
| First California Bank WESTLAKE VILLAGE, CA | 1,518,177 | 22819 | Palm Desert National Bank PALM DESERT, CA | 60,348 | 1 | 23632 | 03/24/2011 | 03/18/2011 | 20110203 |
| Stonegate Bank FORT LAUDERDALE, FL | 596,915 | 57934 | Southwest Capital Bank, National Association FORT MYERS, FL | 120,383 | 3 | 58272 | 02/10/2011 | 01/07/2011 | 20102765 |
| Community Bank & Company LAKEWOOD RANCH, FL | 276,101 | 34092 | First Community Bank of America PINELLAS PARK, FL | 470,613 | 11 | 32270 | 05/10/2011 | 04/01/2011 | 20110518 |
| Florida Shores Bank - Southeast POMPANO BEACH, FL | 137,167 | 58331 | Florida Capital Bank, National Association JACKSONVILLE, FL | 25,000 | 1 | 26323 | 10/14/2011 | 07/22/2011 | 20111753 |
| BankFIRST WINTER PARK, FL | 617,234 | 27550 | East Coast Community Bank ORMOND BEACH, FL | 81,421 | 2 | 34439 | 10/25/2011 | 05/19/2011 | 20112384 |

**Regular Mergers (Page 1 of 5, of 84 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| South Ottumwa Savings Bank<br>OTTUMWA, IA | 245,144 | 9099 | Hedrick Savings Bank<br>OTTUMWA, IA | 66,263 | 3 | 14973 | 11/29/2011 | 11/17/2011 | 20112940 |
| Pilot Grove Savings Bank<br>PILOT GROVE, IA | 330,192 | 9100 | State Central Bank<br>KEOKUK, IA | 32,713 | 2 | 5820 | 10/24/2011 | 09/22/2011 | 20112500 |
| United Community Bank<br>CHATHAM, IL | 843,305 | 19459 | First Bank<br>CREVE COEUR, MO | 97,298 | 3 | 12229 | 02/23/2011 | 02/16/2011 | 20110176 |
| Legence Bank<br>ELDORADO, IL | 179,468 | 10886 | MidCountry Bank<br>MARION, IL | 11,445 | 2 | 28865 | 02/07/2011 | 12/03/2010 | 20103284 |
| BankOrion<br>ORION, IL | 337,637 | 11739 | THE National Bank<br>MOLINE, IL | 68,103 | 1 | 57918 | 11/04/2011 | 10/21/2011 | 20112702 |
| Providence Bank, LLC<br>SOUTH HOLLAND, IL | 350,484 | 57754 | HomeStar Bank and Financial Services<br>MANTENO, IL | 7,937 | 1 | 16375 | 07/15/2011 | 06/02/2011 | 20111383 |
| Marine Bank<br>SPRINGFIELD, IL | 576,462 | 20250 | Centrue Bank<br>STREATOR, IL | 24,766 | 1 | 3744 | 09/27/2011 | 09/13/2011 | 20112307 |
| Kentland Bank<br>KENTLAND, IN | 236,708 | 13843 | Bank of Indiana, National Association<br>DANA, IN | 3,720 | 1 | 4331 | 01/11/2011 | 12/16/2010 | 20103548 |
| Bank of Wolcott<br>WOLCOTT, IN | 104,231 | 16201 | Newton County Loan & Savings, FSB<br>GOODLAND, IN | 4,400 | 0 | 27840 | 11/01/2011 | 10/06/2011 | 20112628 |
| Labette Bank<br>ALTAMONT, KS | 298,303 | 17068 | Stanley Bank<br>STANLEY, KS | 20,000 | 1 | 10916 | 10/25/2011 | 10/06/2011 | 20112573 |
| The Bendena State Bank<br>BENDENA, KS | 25,210 | 17410 | The Farmers State Bank of Highland,<br>Kansas<br>HIGHLAND, KS | 15,276 | 1 | 17619 | 05/11/2011 | 04/19/2011 | 20110984 |
| Peoples Bank and Trust Company<br>MCPHERSON, KS | 332,130 | 1365 | The Lyons State Bank<br>LYONS, KS | 28,492 | 1 | 15604 | 05/23/2011 | 05/19/2011 | 20111042 |
| The Morrill and Janes Bank and Trust<br>Company<br>MERRIAM, KS | 580,557 | 1143 | PATRIOTS BANK<br>LIBERTY, MO | 6,674 | 1 | 57651 | 01/10/2011 | 12/16/2010 | 20103677 |
| The Farmers Bank of Osborne<br>OSBORNE, KS | 46,274 | 4748 | UMB National Bank of America<br>SALINA, KS | 10,000 | 1 | 4768 | 05/31/2011 | 05/19/2011 | 20111215 |
| The Bennington State Bank<br>SALINA, KS | 402,609 | 16402 | Pony Express Community Bank<br>ST. JOSEPH, MO | 1,607 | 1 | 22185 | 02/18/2011 | 02/16/2011 | 20110243 |
| Emprise Bank<br>WICHITA, KS | 1,442,236 | 4789 | First State Bank and Trust<br>TONGANOXIE, KS | 52,078 | 1 | 14974 | 02/18/2011 | 02/16/2011 | 20110086 |
| Citizens First Bank, Inc.<br>BOWLING GREEN, KY | 360,513 | 35022 | Republic Bank & Trust Company<br>LOUISVILLE, KY | 35,395 | 1 | 23627 | 08/08/2011 | 07/11/2011 | 20111697 |
| The Bank of Kentucky, Inc.<br>CRESTVIEW HILLS, KY | 1,600,545 | 33022 | United Kentucky Bank of Pendleton<br>County, Inc.<br>FALMOUTH, KY | 27,431 | 1 | 33707 | 10/13/2011 | 08/12/2011 | 20111982 |
| The First Commonwealth Bank of<br>Prestonsburg, Inc.<br>PRESTONSBURG, KY | 192,393 | 2721 | Family Bank FSB<br>PAINTSVILLE, KY | 109,930 | 6 | 29721 | 03/14/2011 | 03/08/2011 | 20110468 |
| Hancock Bank of Louisiana<br>BATON ROUGE, LA | 2,918,768 | 33029 | Whitney National Bank<br>NEW ORLEANS, LA | 11,780,660 | 171 | 18538 | 04/29/2011 | 04/01/2011 | 20110342 |

**Regular Mergers (Page 2 of 5, of 84 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| Investar Bank<br>BATON ROUGE, LA | 202,666 | 58316 | South Louisiana Business Bank<br>PRAIRIEVILLE, LA | 50,086 | 1 | 58704 | 08/12/2011 | 07/11/2011 | 20111702 |
| First Guaranty Bank<br>HAMMOND, LA | 1,132,551 | 14028 | Bank of Greensburg<br>GREENSBURG, LA | 92,445 | 4 | 1372 | 06/14/2011 | 02/16/2011 | 20103351 |
| South Adams Savings Bank<br>ADAMS, MA | 201,159 | 90140 | Adams Co-operative Bank<br>ADAMS, MA | 196,387 | 3 | 26568 | 12/08/2011 | 10/06/2011 | 20112520 |
| Haverhill Bank<br>HAVERHILL, MA | 253,908 | 26411 | Economy Co-operative Bank<br>MERRIMAC, MA | 24,145 | 1 | 26583 | 11/03/2011 | 10/06/2011 | 20112526 |
| Berkshire Bank<br>PITTSFIELD, MA | 2,765,006 | 23621 | The Rome Savings Bank<br>ROME, NY | 331,700 | 5 | 15983 | 01/31/2011 | 12/16/2010 | 20103416 |
| Berkshire Bank<br>PITTSFIELD, MA | 2,845,217 | 23621 | Legacy Banks<br>PITTSFIELD, MA | 904,914 | 8 | 90265 | 07/06/2011 | 05/18/2011 | 20110943 |
| Hometown Bank, A Cooperative Bank<br>WEBSTER, MA | 221,765 | 26523 | Athol-Clinton Co-operative Bank<br>ATHOL, MA | 85,364 | 2 | 27293 | 03/10/2011 | 03/04/2011 | 20110222 |
| United Federal Credit Union<br>SAINT JOSEPH, MI | 1,202,483 | N/A | Griffith Savings Bank<br>GRIFFITH, IN | 88,519 | 1 | 29816 | 12/12/2011 | 09/13/2011 | 20112324 |
| Northview Bank<br>FINLAYSON, MN | 160,733 | 10956 | First National Bank of the North<br>SANDSTONE, MN | 70,626 | 4 | 17195 | 05/02/2011 | 04/20/2011 | 20110653 |
| First Minnesota Bank<br>MINNETONKA, MN | 383,489 | 5151 | Prime Security Bank<br>KARLSTAD, MN | 10,706 | 1 | 10971 | 08/02/2011 | 05/19/2011 | 20111253 |
| First Independent Bank<br>RUSSELL, MN | 164,820 | 1900 | State Bank of Lucan<br>LUCAN, MN | 41,119 | 1 | 15890 | 12/08/2011 | 11/17/2011 | 20112909 |
| Ultima Bank Minnesota<br>WINGER, MN | 104,985 | 8867 | PrinsBank<br>PRINSBURG, MN | 3,970 | 1 | 10191 | 01/25/2011 | 01/07/2011 | 20103691 |
| Enterprise Bank & Trust<br>CLAYTON, MO | 2,925,023 | 27237 | BankLiberty.<br>LIBERTY, MO | 150 | 1 | 30817 | 10/04/2011 | 07/22/2011 | 20111848 |
| Sherwood Community Bank<br>CREIGHTON, MO | 33,223 | 1612 | America's Community Bank<br>BLUE SPRINGS, MO | 3,100 | 1 | 8893 | 12/14/2011 | 12/02/2011 | 20113048 |
| Bank of Mansfield<br>MANSFIELD, MO | 62,250 | 11466 | Peoples Bank of the Ozarks<br>NIXA, MO | 10,085 | 1 | 1650 | 01/12/2011 | 12/16/2010 | 20103624 |
| Liberty Bank<br>SPRINGFIELD, MO | 963,301 | 34087 | Village Bank<br>SPRINGFIELD, MO | 88,489 | 1 | 34491 | 02/04/2011 | 01/07/2011 | 20103965 |
| United Mississippi Bank<br>NATCHEZ, MS | 259,926 | 21083 | The Merchants & Farmers Bank<br>MELVILLE, LA | 8,747 | 1 | 13170 | 07/01/2011 | 06/02/2011 | 20111401 |
| Merchants & Marine Bank<br>PASCAGOULA, MS | 536,179 | 12203 | Heritage First Bank<br>GULF SHORES, AL | 50,858 | 2 | 19023 | 11/16/2011 | 09/13/2011 | 20112334 |
| Select Bank & Trust Company<br>GREENVILLE, NC | 199,149 | 57783 | Bank of Atlanta<br>ATLANTA, GA | 25,296 | 1 | 32362 | 12/16/2011 | 12/15/2011 | 20112817 |
| Bank of North Carolina<br>THOMASVILLE, NC | 2,145,393 | 33527 | Regent Bank<br>GREENVILLE, SC | 51,865 | 1 | 58873 | 12/01/2011 | 11/04/2011 | 20112719 |

**Regular Mergers (Page 3 of 5, of 84 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Assets Acquired (000's) | Offices Acquired | Cert# | Action Approved | DOJ Reply Date | Application Number |
| Starion Financial BISMARCK, ND | 793,394 | 33758 | Security State Bank DUNSEITH, ND | 61,485 | 3 | 11518 | 08/31/2011 | 08/12/2011 | 20111980 |
| Merchants Bank RUGBY, ND | 51,622 | 8943 | First Security Bank - West BEULAH, ND | 32,974 | 2 | 10253 | 09/27/2011 | 09/13/2011 | 20112329 |
| Homestead Bank COZAD, NE | 108,945 | 11482 | First National Bank SCHUYLER, NE | 107,763 | 4 | 8325 | 01/24/2011 | 01/07/2011 | 20103971 |
| Banner County Bank, Inc. HARRISBURG, NE | 56,172 | 19274 | First State Bank BEAVER CITY, NE | 38,929 | 1 | 12636 | 01/07/2011 | 12/16/2010 | 20103495 |
| BCB Community Bank BAYONNE, NJ | 1,099,272 | 35541 | Allegiance Community Bank SOUTH ORANGE, NJ | 124,551 | 2 | 35265 | 08/15/2011 | 07/11/2011 | 20111538 |
| 1st Constitution Bank CRANBURY, NJ | 644,348 | 27552 | Amboy Bank OLD BRIDGE, NJ | 13,467 | 3 | 6423 | 03/09/2011 | 03/04/2011 | 20110171 |
| BankAsiana PALISADES PARK, NJ | 149,470 | 58525 | Hudson Valley Bank, National Association STAMFORD, CT | 463 | 1 | 20693 | 03/18/2011 | 03/04/2011 | 20110049 |
| Peoples Bank TULSA, OK | 95,146 | 9882 | American State Bank TULSA, OK | 1,766 | 0 | 20292 | 01/18/2011 | 11/22/2011 | 20103103 |
| Wayne Bank HONESDALE, PA | 536,825 | 698 | North Penn Bank SCRANTON, PA | 162,917 | 5 | 31188 | 03/31/2011 | 03/18/2011 | 20110292 |
| The Citizens Bank OLANTA, SC | 334,684 | 15932 | Plantation Federal Bank PAWLEYS ISLAND, SC | 38,983 | 1 | 32503 | 06/08/2011 | 05/06/2011 | 20111116 |
| Community First Bank, Inc. WALHALLA, SC | 472,191 | 32838 | Bank of Westminster WESTMINSTER, SC | 30,223 | 1 | 15204 | 10/04/2011 | 09/22/2011 | 20111618 |
| Citizens Tri-County Bank DUNLAP, TN | 507,693 | 20818 | Citizens Bank of Spencer, Tenn. SPENCER, TN | 44,103 | 1 | 6092 | 05/12/2011 | 03/18/2011 | 20110728 |
| Spirit of Texas Bank, SSB COLLEGE STATION, TX | 226,736 | 22327 | Texas Community Bank, National Association THE WOODLANDS, TX | 59,041 | 3 | 57431 | 10/11/2011 | 05/06/2011 | 20112503 |
| Prosperity Bank EL CAMPO, TX | 9,559,745 | 16835 | Bank of Texas AUSTIN, TX | 71,316 | 3 | 11942 | 11/22/2011 | 11/04/2011 | 20112700 |
| Happy State Bank HAPPY, TX | 1,603,094 | 10359 | Treaty Oak Bank AUSTIN, TX | 7,152 | 1 | 22512 | 06/21/2011 | 06/02/2011 | 20111457 |
| Vista Bank Texas HOUSTON, TX | 455,571 | 20349 | Founders Bank, SSB SUGAR LAND, TX | 140,161 | 1 | 58710 | 05/18/2011 | 04/19/2011 | 20110849 |
| AIMBank LITTLEFIELD, TX | 287,642 | 3304 | Citizens Bank KILGORE, TX | 19,691 | 1 | 16817 | 12/19/2011 | 12/02/2011 | 20113003 |
| Guaranty Bond Bank MOUNT PLEASANT, TX | 977,980 | 1208 | American State Bank ARP, TX | 40,775 | 1 | 9967 | 06/03/2011 | 05/19/2011 | 20111105 |
| Security Bank ODESSA, TX | 537,148 | 13408 | The Bank of Texas DEVINE, TX | 51,186 | 2 | 26905 | 10/06/2011 | 08/26/2011 | 20112198 |
| West Texas State Bank ODESSA, TX | 312,827 | 15466 | Guaranty Bond Bank MOUNT PLEASANT, TX | 20,073 | 1 | 1208 | 12/01/2011 | 11/04/2011 | 20112836 |

**Regular Mergers (Page 4 of 5, of 84 records)**

Data Date(s) 01/01/2011 to 12/31/2011

| | Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Assets Acquired (000's) | Offices Acquired | Cert# | Action Approved | DOJ Reply Date | Application Number |
| Round Top State Bank ROUND TOP, TX | 320,131 | 19358 | Eagle Bank JARRELL, TX | 20,574 | 2 | 11142 | 08/02/2011 | 07/11/2011 | 20111720 |
| Continental Bank SALT LAKE CITY, UT | 108,304 | 57571 | Woodlands Commercial Bank SALT LAKE CITY, UT | 1,531 | 0 | 58009 | 12/15/2011 | 12/15/2011 | 20113018 |
| Union Bank MORRISVILLE, VT | 458,730 | 14158 | Northway Bank BERLIN, NH | 34,000 | 3 | 14240 | 05/04/2011 | 04/19/2011 | 20110784 |
| Heritage Bank OLYMPIA, WA | 1,174,315 | 29012 | Charter Private Bank BELLEVUE, WA | 0 | 1 | 34623 | 05/25/2011 | 05/19/2011 | 20111127 |
| AmericanWest Bank SPOKANE, WA | 1,966,687 | 22441 | Viking Bank SEATTLE, WA | 405,581 | 7 | 33618 | 11/14/2011 | 10/21/2011 | 20112670 |

**Regular Mergers (Page 5 of 5, of 84 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

# Corporate Reorganization Mergers

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date<br>See Note 1 | Application<br>Number |
| Community Spirit Bank<br>RED BAY, AL | 110,291 | 50 | Spirit Bank<br>BELMONT, MS | 25,594 | 1 | 34917 | 11/03/2011 | | 20112426 |
| Sunrise Bank Of Arizona<br>PHOENIX, AZ | 396,569 | 34707 | Bank of Tucson<br>TUCSON, AZ | 44,597 | 1 | 34189 | 01/21/2011 | | 20103788 |
| Global Trust Bank<br>MOUNTAIN VIEW, CA | 72,984 | 58808 | Global Bancorp<br>MOUNTAIN VIEW, CA | 0 | 0 | N/A | 08/05/2011 | | 20111744 |
| Golden Security Bancorp<br>ROSEMEAD, CA | 9,424 | N/A | Golden Security Bank<br>ROSEMEAD, CA | 139,749 | 1 | 26615 | 08/05/2011 | | 20111774 |
| First Western Trust Bank<br>DENVER, CO | 492,638 | 57607 | First Western Trust Bank<br>SCOTTSDALE, AZ | 77,274 | 1 | 58717 | 06/22/2011 | | 20111167 |
| First Western Trust Bank<br>DENVER, CO | 527,240 | 57607 | FIRST WESTERN INVESTMENT<br>ADVISORS, LLC<br>DENVER, CO | 10,363 | 0 | N/A | 08/23/2011 | | 20112002 |
| Chelsea Groton Bank<br>NORWICH, CT | 810,298 | 18238 | Chelsea Groton Financial Services, Inc.<br>NORWICH, CT | 1,160 | 0 | N/A | 05/09/2011 | | 20110875 |
| Morgan Stanley Trust Interim National<br>Association<br>WILMINGTON, DE | 0 | N/A | Morgan Stanley Trust National<br>Association<br>WILMINGTON, DE | 32,716 | 1 | 57628 | 07/01/2011 | | 20111164 |
| Georgia Bank & Trust Company of<br>Augusta<br>AUGUSTA, GA | 1,424,722 | 27574 | Southern Bank & Trust<br>AIKEN, SC | 183,817 | 3 | 58327 | 10/20/2011 | | 20112126 |
| Glennville Bank<br>GLENNVILLE, GA | 136,408 | 9244 | Tippins Bank<br>CLAXTON, GA | 63,004 | 2 | 15769 | 12/05/2011 | | 20113020 |
| Central Pacific Bank<br>HONOLULU, HI | 4,133,446 | 17308 | Central Pacific HomeLoans, Inc.<br>HONOLULU, HI | 50,498 | 0 | N/A | 09/23/2011 | | 20112046 |
| State Savings Bank<br>CRESTON, IA | 53,292 | 14773 | Valley Bank & Trust<br>CHEROKEE, IA | 30,666 | 2 | 25866 | 08/18/2011 | | 20111860 |
| Dubuque Bank and Trust Company<br>DUBUQUE, IA | 1,152,328 | 15219 | First Community Bank<br>KEOKUK, IA | 118,000 | 3 | 30652 | 06/08/2011 | | 20110710 |
| Fidelity Bank & Trust<br>DUBUQUE, IA | 453,232 | 14382 | Security State Bank<br>ANAMOSA, IA | 128,583 | 3 | 14689 | 06/03/2011 | | 20110738 |
| Barrington Bank & Trust Company,<br>National Association<br>BARRINGTON, IL | 1,181,819 | 34395 | Wintrust Mortgage Corporation<br>OAKBROOK TERRACE, IL | 0 | 0 | N/A | 05/04/2011 | | 20110829 |
| State Bank of Bement<br>BEMENT, IL | 66,647 | 10855 | First National Bank of Ivesdale<br>IVESDALE, IL | 11,841 | 1 | 3684 | 06/06/2011 | | 20111240 |
| Citizens Community Bank of Illinois<br>BERWYN, IL | 209,477 | 16641 | Chicago Community Bank<br>CHICAGO, IL | 276,324 | 6 | 14267 | 03/11/2011 | | 20103864 |
| | | | Metropolitan Bank and Trust Company<br>CHICAGO, IL | 306,642 | 9 | 912 | | | |
| | | | Community Bank of DuPage<br>DOWNERS GROVE, IL | 63,427 | 3 | 58353 | | | |
| Scott State Bank<br>BETHANY, IL | 74,165 | 8491 | Maroa Forsyth Community Bank<br>MAROA, IL | 20,120 | 1 | 17032 | 05/18/2011 | | 20111094 |

**Corporate Reorganization Mergers (Page 1 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| CIBM Bank<br>CHAMPAIGN, IL | 579,867 | 11729 | Marine Investment Corporation<br>LAS VEGAS, NV | 0 | 0 | N/A | 03/23/2011 | | 20110419 |
| BMO Harris Bank National Association<br>CHICAGO, IL | 94,205,822 | 16571 | M&I Community Development Corporation<br>MILWAUKEE, WI | 0 | 0 | N/A | 12/13/2011 | | 20113068 |
| North Community Bank<br>CHICAGO, IL | 499,064 | 20624 | The First Commercial Bank<br>CHICAGO, IL | 268,597 | 7 | 16488 | 03/11/2011 | | 20103764 |
| | | | Northwest Community Bank<br>ROLLING MEADOWS, IL | 63,970 | 1 | 58575 | | | |
| | | | Edens Bank<br>WILMETTE, IL | 249,172 | 7 | 20435 | | | |
| Home State Bank, National Association<br>CRYSTAL LAKE, IL | 611,342 | 12815 | Home State Mortgage Group, Inc.<br>CRYSTAL LAKE, IL | 0 | 0 | N/A | 05/11/2011 | | 20111000 |
| Prairie State Bank and Trust<br>MOUNT ZION, IL | 563,738 | 27362 | Farmers State Bank of Fulton County<br>LEWISTOWN, IL | 65,643 | 2 | 23866 | 10/13/2011 | | 20112497 |
| Better Banks<br>PEORIA, IL | 194,506 | 1808 | Farmers State Bank, Astoria<br>ASTORIA, IL | 17,693 | 1 | 23324 | 04/18/2011 | | 20110864 |
| American Midwest Bank f/k/a The American National Bank of DeKalb County<br>SYCAMORE, IL | 251,078 | 21272 | AmericaUnited Bank and Trust Company USA<br>SCHAUMBURG, IL | 285,349 | 5 | 19418 | 11/08/2011 | | 20112942 |
| Old National Bank<br>EVANSVILLE, IN | 8,791,930 | 3832 | Integra Illinois Investment Company, LLC<br>MOUNT VERNON, IL | 0 | 0 | N/A | 12/21/2011 | | 20113131 |
| | | | Integra Loan Company, LLC<br>MOUNT VERNON, IL | 0 | 0 | N/A | | | |
| | | | IBNK Leasing Corp.<br>EVANSVILLE, IN | 0 | 0 | N/A | | | |
| Farmers Bank & Trust, National Association<br>GREAT BEND, KS | 642,878 | 17614 | CapWest Mortgage Corporation<br>OVERLAND PARK, KS | 1,446 | 0 | N/A | 07/15/2011 | | 20111660 |
| CrossFirst Bank<br>OVERLAND PARK, KS | 229,168 | 58648 | CrossFirst Bank Leawood<br>LEAWOOD, KS | 86,143 | 1 | 57303 | 09/29/2011 | | 20112332 |
| Inez Deposit Bank<br>INEZ, KY | 115,377 | 9307 | Inez Deposit Bank, FSB<br>LOUISA, KY | 49,564 | 2 | 2705 | 05/25/2011 | | 20111067 |
| Central Bank & Trust Co.<br>LEXINGTON, KY | 1,769,437 | 15815 | Central Bank, FSB<br>NICHOLASVILLE, KY | 183,800 | 4 | 34581 | 01/04/2011 | | 20103615 |
| Hancock Bank of Louisiana<br>BATON ROUGE, LA | 2,918,768 | 33029 | Hancock Bank of Alabama<br>MOBILE, AL | 199,496 | 5 | 58510 | 04/29/2011 | | 20110344 |
| Boston Private Bank & Trust Company<br>BOSTON, MA | 3,448,880 | 24811 | First Private Bank & Trust<br>ENCINO, CA | 505,078 | 5 | 24841 | 03/31/2011 | | 20110338 |
| | | | Borel Private Bank & Trust Company<br>SAN MATEO, CA | 1,636,608 | 5 | 23092 | | | |
| | | | Charter Private Bank<br>BELLEVUE, WA | 366,049 | 4 | 34623 | | | |

**Corporate Reorganization Mergers (Page 2 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| | Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Institution Name City, State** | **Total Assets (000's)** | **Cert #** | **Institution Name City, State** | **Assets Acquired (000's)** | **Offices Acquired** | **Cert#** | **Action Approved** | **DOJ Reply Date** | **Application Number** |
| Lowell Five Interim Subsidiary Bank (in organization) LOWELL, MA | 0 | N/A | The Lowell Five Cent Savings Bank LOWELL, MA | 700,547 | 13 | 90227 | 08/08/2011 | | 20110026 |
| Newburyport Interim Stock Bank NEWBURYPORT, MA | 0 | N/A | Newburyport Five Cents Savings Bank NEWBURYPORT, MA | 629,139 | 7 | 90251 | 09/28/2011 | | 20110954 |
| Hoosac Bank NORTH ADAMS, MA | 355,527 | 90253 | True North Financial Service, Inc. NORTH ADAMS, MA | 0 | 0 | N/A | 11/01/2011 | | 20112374 |
| Mechanics Cooperative Interim Subsidiary Bank (in organization) TAUNTON, MA | 0 | N/A | Mechanics' Co-operative Bank TAUNTON, MA | 368,995 | 8 | 26634 | 07/20/2011 | | 20110030 |
| Firstbank - Alma ALMA, MI | 267,045 | 9108 | Firstbank - St. Johns SAINT JOHNS, MI | 100,402 | 3 | 35577 | 09/08/2011 | | 20112272 |
| Signature Bank BAD AXE, MI | 258,899 | 10936 | Signature Mortgage, LLC BAD AXE, MI | 0 | 0 | N/A | 01/31/2011 | | 20103982 |
| Citizens Bank FLINT, MI | 9,470,059 | 986 | Citizens Bank Wealth Management, National Association FLINT, MI | 17,388 | 0 | 57422 | 06/21/2011 | | 20111237 |
| Hillsdale County National Bank HILLSDALE, MI | 362,893 | 14073 | CNB Lending Services, LLC HILLSDALE, MI | 0 | 0 | N/A | 07/06/2011 | | 20111505 |
| Thumb National Bank and Trust Company PIGEON, MI | 222,987 | 14513 | Thumb National Mortgage, LLC PIGEON, MI | 0 | 0 | N/A | 08/09/2011 | | 20111779 |
| | | | TN Inc. PIGEON, MI | 0 | 0 | N/A | | | |
| First Security Bank - Canby. CANBY, MN | 30,981 | 5107 | First Security Bank - Lake Benton LAKE BENTON, MN | 23,729 | 1 | 10986 | 04/04/2011 | | 20110321 |
| Citizens Alliance Bank CLARA CITY, MN | 334,183 | 1402 | Security State Bank of Howard Lake HOWARD LAKE, MN | 76,222 | 2 | 10206 | 08/04/2011 | | 20111549 |
| First Southeast Bank HARMONY, MN | 56,113 | 10576 | Canton State Bank CANTON, MN | 25,507 | 1 | 16286 | 07/21/2011 | | 20111642 |
| Frandsen Bank & Trust LONSDALE, MN | 963,375 | 1399 | Rural American Bank - Braham BRAHAM, MN | 107,854 | 2 | 5099 | 01/03/2011 | | 20103376 |
| | | | Rural American Bank - Luck LUCK, WI | 55,921 | 2 | 9525 | | | |
| Frandsen Bank & Trust LONSDALE, MN | 1,130,581 | 1399 | Queen City Federal Savings Bank VIRGINIA, MN | 243,353 | 6 | 31204 | 05/31/2011 | | 20111021 |
| Hancock Bank GULFPORT, MS | 5,081,726 | 12441 | Hancock Bank of Louisiana BATON ROUGE, LA | 1,752,365 | 56 | 33029 | 04/29/2011 | | 20110490 |
| Bitterroot Valley Bank LOLO, MT | 198,871 | 23806 | Ravalli County Bank HAMILTON, MT | 186,970 | 4 | 8310 | 12/27/2011 | | 20112968 |
| Bank of America, National Association CHARLOTTE, NC | 1,451,386,720 | 3510 | BAC Home Loans Servicing, LP PLANO, TX | 0 | 0 | N/A | 06/24/2011 | | 20110191 |
| Bank of America, National Association CHARLOTTE, NC | 1,451,386,720 | 3510 | Merrill Lynch Credit Corporation JACKSONVILLE, FL | 0 | 0 | N/A | 06/24/2011 | | 20110540 |

**Corporate Reorganization Mergers (Page 3 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| Park Sterling Bank<br>CHARLOTTE, NC | 534,834 | 58408 | CapitalBank<br>GREENWOOD, SC | 636,134 | 18 | 27426 | 11/02/2011 | | 20112003 |
| Nantahala Bank & Trust Company<br>FRANKLIN, NC | 189,957 | 57784 | Nantahala Bancshares, Inc.<br>FRANKLIN, NC | 0 | 0 | N/A | 03/29/2011 | | 20102631 |
| American Bank Center<br>DICKINSON, ND | 592,443 | 22559 | Scandia American Bank & Trust<br>STANLEY, ND | 182,232 | 3 | 8639 | 09/15/2011 | | 20112098 |
| BlackRidgeBANK<br>FARGO, ND | 97,269 | 58580 | First State Bank of Alexandria<br>ALEXANDRIA, MN | 110,581 | 4 | 10207 | 08/12/2011 | | 20111797 |
| | | | Lakewood Bank, National Association<br>BAXTER, MN | 141,916 | 4 | 18969 | | | |
| U.S. Bank National Association ND<br>FARGO, ND | 5,781,898 | 34590 | Voyager Fleet Systems Inc.<br>HOUSTON, TX | 254,989 | 0 | N/A | 09/01/2011 | | 20112052 |
| Exchange Bank<br>GIBBON, NE | 221,120 | 1435 | Nebraska National Bank<br>KEARNEY, NE | 159,274 | 2 | 34028 | 10/17/2011 | | 20112408 |
| Arbor Bank<br>NEBRASKA CITY, NE | 154,202 | 33450 | First Community Bank<br>SIDNEY, IA | 51,647 | 2 | 5803 | 05/19/2011 | | 20110997 |
| Cape Bank<br>CAPE MAY COURT HOUSE, NJ | 1,078,921 | 28395 | Cape New Jersey Investment Company<br>CAPE MAY COURT HOUSE, NJ | 0 | 0 | N/A | 11/14/2011 | | 20112714 |
| The Bank<br>MOUNT LAUREL, NJ | 2,034,054 | 27614 | Skylands Community Bank<br>CHESTER, NJ | 1,352,040 | 27 | 33141 | 09/29/2011 | | 20112224 |
| Investors Savings Bank<br>SHORT HILLS, NJ | 10,183,912 | 28892 | Brooklyn Federal Savings Bank<br>BROOKLYN, NY | 469,491 | 5 | 29272 | 10/27/2011 | | 20112443 |
| Sun National Bank<br>VINELAND, NJ | 3,329,345 | 26240 | Sun Home Loans, Inc.<br>VINELAND, NJ | 0 | 0 | N/A | 07/27/2011 | | 20121891 |
| Valley National Bank<br>WAYNE, NJ | 14,122,136 | 9396 | VNB Mortgage Services, Inc.<br>WAYNE, NJ | 0 | 0 | N/A | 06/10/2011 | | 20111246 |
| Alma Bank<br>ASTORIA, NY | 497,194 | 58424 | Alma Bank of New Jersey<br>TENAFLY, NJ | 0 | 1 | N/A | 01/24/2011 | | 20121892 |
| The Bank of New York Mellon<br>NEW YORK, NY | 200,249,000 | 639 | PFPC Trust Company<br>WILMINGTON, DE | 0 | 0 | N/A | 06/07/2011 | | 20111195 |
| The Bank of Tokyo-Mitsubishi UFJ, Ltd.<br>NEW YORK, NY | 3,246,344 | N/A | Bank of Tokyo-Mitsubishi UFJ Trust<br>Company<br>NEW YORK, NY | 2,117,656 | 1 | 19553 | 07/25/2011 | | 20111745 |
| M&T Bank, National Association<br>OAKFIELD, NY | 775,636 | 34069 | M&T Trust Company of Delaware<br>WILMINGTON, DE | 0 | 0 | N/A | 06/29/2011 | | 20110614 |
| Morgan Stanley Private Bank, National<br>Association<br>PURCHASE, NY | 7,404,488 | 34221 | Morgan Stanley Credit Corporation<br>VERNON HILLS, IL | 0 | 0 | N/A | 05/25/2011 | | 20111335 |
| U.S. Bank National Association<br>CINCINNATI, OH | 310,099,589 | 6548 | U.S. Bancorp Equipment Finance Inc.<br>PORTLAND, OR | 8,831,427 | 0 | N/A | 12/07/2011 | | 20112842 |
| JPMorgan Chase Bank, National<br>Association<br>COLUMBUS, OH | 1,642,691,000 | 628 | Chase Home Finance LLC and Chase<br>Home Finance Inc.<br>ISELIN, NJ | 0 | 0 | N/A | 04/29/2011 | | 20103956 |

**Corporate Reorganization Mergers (Page 4 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| | Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| JPMorgan Chase Bank, National Association<br>COLUMBUS, OH | 1,642,691,000 | 628 | Chase Equipment Finance, Inc.<br>COLUMBUS, OH | 0 | 0 | N/A | 03/11/2011 | | 20103958 |
| JPMorgan Chase Bank, National Association<br>COLUMBUS, OH | 1,791,060,000 | 628 | J.P. Morgan Investors Services Co.<br>BOSTON, MA | 0 | 0 | N/A | 09/23/2011 | | 20111249 |
| JPMorgan Chase Bank, National Association<br>COLUMBUS, OH | 1,791,060,000 | 628 | Chase Auto Finance Corp.<br>GARDEN CITY, NY | 0 | 0 | N/A | 09/23/2011 | | 20111252 |
| The Park National Bank<br>NEWARK, OH | 6,346,125 | 6653 | Park Insurance Insurance Group<br>NEWARK, OH | 0 | 0 | N/A | 12/16/2011 | | 20113026 |
| Farmers & Merchants Bank<br>CRESCENT, OK | 133,627 | 12761 | F & M Bank, National Association,<br>Oklahoma City, Oklahoma<br>YUKON, OK | 78,714 | 3 | 27421 | 09/21/2011 | | 20111862 |
| BancFirst<br>OKLAHOMA CITY, OK | 4,997,077 | 27476 | Exchange National Bank of Moore<br>MOORE, OK | 155,746 | 1 | 18872 | 05/20/2011 | | 20110881 |
| BancFirst<br>OKLAHOMA CITY, OK | 5,183,738 | 27476 | The Okemah National Bank<br>OKEMAH, OK | 70,638 | 1 | 4163 | 08/29/2011 | | 20112260 |
| BancFirst<br>OKLAHOMA CITY, OK | 5,196,891 | 27476 | 1st Bank Oklahoma<br>CLAREMORE, OK | 191,470 | 5 | 31826 | 12/01/2011 | | 20112936 |
| BOKF, National Association<br>TULSA, OK | 24,858,667 | 4214 | Southwest Trust Company, National Association<br>OKLAHOMA CITY, OK | 54,505 | 0 | 33884 | 12/11/2011 | | 20112973 |
| The Bryn Mawr Trust Company<br>BRYN MAWR, PA | 1,694,566 | 11866 | PWMG Bank and Trust, Inc.<br>HERSHEY, PA | 18,250 | 0 | N/A | 05/18/2011 | | 20111337 |
| Doral Bank<br>SAN JUAN, PR | 7,500,276 | 32102 | Doral Bank, FSB<br>NEW YORK, NY | 217,005 | 7 | 34905 | 08/08/2011 | | 20121890 |
| RBS Citizens, National Association<br>PROVIDENCE, RI | 113,481,240 | 57957 | Citizens Automobile Finance, Inc.<br>PROVIDENCE, RI | 11,504 | 0 | N/A | 07/20/2011 | | 20111500 |
| First Citizens Bank and Trust Company, Inc.<br>COLUMBIA, SC | 8,239,766 | 15504 | The Exchange Bank of South Carolina, Inc.<br>KINGSTREE, SC | 126,944 | 3 | 15077 | 03/23/2011 | | 20112112 |
| Crescent Bank<br>MYRTLE BEACH, SC | 407,149 | 57135 | Community FirstBank of Charleston<br>CHARLESTON, SC | 583,280 | 6 | 34335 | 05/04/2011 | | 20101352 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,070,489,000 | 3511 | Wachovia Holdings, Inc.<br>CHARLOTTE, NC | 0 | 0 | N/A | 01/26/2011 | | 20110061 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,102,278,000 | 3511 | Wells Fargo Dealer Services, Inc<br>IRVINE, CA | 0 | 0 | N/A | 06/30/2011 | | 20110665 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,102,278,000 | 3511 | Wachovia Mortgage Corporation<br>CHARLOTTE, NC | 0 | 0 | N/A | 05/04/2011 | | 20110666 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,102,278,000 | 3511 | Wells Fargo Financial Mississippi Inc<br>DES MOINES, IA | 0 | 0 | N/A | 06/30/2011 | | 20111285 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,102,278,000 | 3511 | Wells Fargo Financial Mississippi 2 Inc.<br>DES MOINES, IA | 0 | 0 | N/A | 06/30/2011 | | 20111288 |
| Wells Fargo Bank, National Association<br>SIOUX FALLS, SD | 1,102,278,000 | 3511 | Meridian Mortgage Corporation<br>PHILADELPHIA, PA | 0 | 0 | N/A | 06/30/2011 | | 20111289 |

**Corporate Reorganization Mergers (Page 5 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| | Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Assets Acquired (000's) | Offices Acquired | Cert# | Action Approved | DOJ Reply Date | Application Number |
| Wells Fargo Bank, National Association SIOUX FALLS, SD | 1,102,278,000 | 3511 | South Trust Mortgage Corporation MARIETTA, GA | 0 | 0 | N/A | 06/30/2011 | | 20111290 |
| Wells Fargo Bank, National Association SIOUX FALLS, SD | 1,093,200,000 | 3511 | First Union Financial Investments LLC ROSEVILLE, CA | 0 | 0 | N/A | 07/08/2011 | | 20111597 |
| Wells Fargo Bank, National Association SIOUX FALLS, SD | 1,093,200,000 | 3511 | WES Holding Corporation CHARLOTTE, NC | 0 | 0 | N/A | 07/08/2011 | | 20111598 |
| Wells Fargo Bank, National Association SIOUX FALLS, SD | 1,104,800,000 | 3511 | Wells Fargo Preferred Capital, Inc. DES MOINES, IA | 0 | 0 | N/A | 11/22/2011 | | 20112605 |
| American Bank & Trust WESSINGTON SPRINGS, SD | 291,131 | 1117 | Peoples State Bank DE SMET, SD | 67,053 | 1 | 9002 | 06/10/2011 | | 20111261 |
| The First National Bank of McMinnville MCMINNVILLE, TN | 418,977 | 4952 | FNB Financial Group, LLC MURFREESBORO, TN | 0 | 0 | N/A | 05/18/2011 | | 20111095 |
| Community State Bank AUSTIN, TX | 20,620 | 11561 | Treaty Oak Bank AUSTIN, TX | 109,617 | 4 | 22512 | 05/11/2011 | | 20110930 |
| Charter Bank CORPUS CHRISTI, TX | 151,308 | 18660 | Charter Alliance Bank CORPUS CHRISTI, TX | 21,263 | 1 | 58751 | 01/21/2011 | | 20103700 |
| The Bank of Texas DEVINE, TX | 51,186 | 26905 | The Bank of Texas Bancshares, Inc. DEVINE, TX | 4,519 | 0 | N/A | 10/06/2011 | | 20112219 |
| Texas Bank and Trust Company LONGVIEW, TX | 1,322,661 | 17842 | First State Bank VAN, TX | 43,996 | 1 | 16768 | 10/20/2011 | | 20112439 |
| First Bank & Trust Company LUBBOCK, TX | 473,379 | 14778 | Jefferson Bank DALLAS, TX | 40,700 | 0 | 34196 | 07/26/2011 | | 20120985 |
| Beal Bank, SSB PLANO, TX | 3,568,540 | 32574 | Charter Bank ALBUQUERQUE, NM | 663,972 | 0 | 59030 | 08/05/2011 | | 20111821 |
| American Bank of Texas SHERMAN, TX | 1,132,404 | 20473 | American Bank of Texas, National Association MARBLE FALLS, TX | 765,374 | 16 | 23433 | 10/17/2011 | | 20120974 |
| Capital One, National Association MCLEAN, VA | 126,901,280 | 4297 | Capital One National Community Development Corporation NEW YORK, NY | 0 | 0 | N/A | 04/14/2011 | | 20110599 |
| Citizens National Bank WINDSOR, VA | 51,519 | 57320 | CNB Bancorp, Inc. WINDSOR, VA | 0 | 0 | N/A | 12/14/2011 | | 20112660 |
| AmericanWest Bank SPOKANE, WA | 1,592,256 | 22441 | Bank of the Northwest BELLEVUE, WA | 146,340 | 4 | 58620 | 07/22/2011 | | 20111992 |
| AmericanWest Bank SPOKANE, WA | 1,592,256 | 22441 | Sunrise Bank SAN DIEGO, CA | 231,990 | 4 | 57808 | 07/22/2011 | | 20111993 |
| PyraMax Bank, FSB GREENFIELD, WI | 482,280 | 29120 | South Milwaukee Investments, Inc. LAS VEGAS, NV | 0 | 0 | N/A | 08/25/2011 | | 20111917 |
| East Wisconsin Savings Bank, S.A. KAUKAUNA, WI | 244,058 | 30313 | EWSB Investments, Inc. LAS VEGAS, NV | 0 | 0 | N/A | 02/14/2011 | | 20110438 |
| Peoples State Bank PRAIRIE DU CHIEN, WI | 406,504 | 12814 | Security State Bank GUTTENBERG, IA | 90,999 | 1 | 15914 | 08/02/2011 | | 20111512 |

**Corporate Reorganization Mergers (Page 6 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| Applicant Institution | | | Other/Target Institution | | | | | | |
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
|---|---|---|---|---|---|---|---|---|---|
| Community Business Bank<br>SAUK CITY, WI | 62,235 | 33880 | CBB Investments, Inc<br>LAS VEGAS, NV | 0 | 0 | N/A | 11/03/2011 | | 20112664 |
| Commerce State Bank<br>WEST BEND, WI | 325,678 | 58020 | Commerce Investment Inc.<br>LAS VEGAS, NV | 0 | 0 | N/A | 12/06/2011 | | 20113000 |
| Boone County Bank, Inc.<br>MADISON, WV | 178,902 | 34837 | Adams National Bank<br>WASHINGTON, DC | 276,144 | 7 | 22658 | 02/28/2011 | | 20102656 |
| | | | Consolidated Bank and Trust Company<br>RICHMOND, VA | 72,039 | 2 | 11583 | | | |
| | | | First Central Bank, Inc.<br>PHILIPPI, WV | 131,328 | 3 | 34838 | | | |
| | | | Traders Bank<br>RAVENSWOOD, WV | 155,846 | 6 | 848 | | | |

**Corporate Reorganization Mergers (Page 7 of 7, of 126 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

**Note 1:** The Bank Merger Act does not require that the responsible agency request a report of competitive factors from the Department of Justice when the merger transaction solely involves an insured depository institution and one or more of the affiliates of such depository institution.   See 12 U.S.C. 1828(c)(4).

# Interim Mergers

| Applicant Institution | | | Other/Target Institution | | | | | |
|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Cert# | Action<br>Approved | DOJ<br>Reply Date<br>See Note 2 | Application<br>Number |
| Bank of Guam<br>HAGATNA, GU | 1,021,862 | 20884 | BankGuam Subsidiary Company<br>HAGATNA, GU | 0 | N/A | 06/10/2011 | | 20103939 |
| The American National Bank of De Kalb<br>County<br>SYCAMORE, IL | 251,078 | 21272 | American Midwest Bank<br>SYCAMORE, IL | 0 | N/A | 10/28/2011 | | 20112879 |
| Mississippi River Bank<br>BELLE CHASSE, LA | 173,457 | 23222 | Mississippi River Interim Bank<br>BELLE CHASSE, LA | 0 | N/A | 11/30/2011 | | 20112824 |
| JA Interim Bank<br>LAS VEGAS, NV | 0 | N/A | 1st Commerce Bank<br>NORTH LAS VEGAS, NV | 39,555 | 58358 | 02/22/2011 | | 20103633 |
| Israel Discount Bank of New York<br>NEW YORK, NY | 9,662,671 | 19977 | Israel Discount Bank (Interim)<br>LIVINGSTON, NJ | 0 | N/A | 12/21/2011 | | 20112928 |
| The Edon State Bank Company of Edon,<br>Ohio<br>EDON, OH | 61,884 | 13206 | ESB Interim Bank<br>EDON, OH | 0 | N/A | 10/05/2011 | | 20112320 |
| Valley Central Savings Bank<br>READING, OH | 85,708 | 28555 | Valley Central Interim Bank II<br>READING, OH | 0 | N/A | 07/20/2011 | | 20110405 |
| Integrity Bank, SSB<br>HOUSTON, TX | 303,710 | 58631 | Integrity Interim Bank, SSB<br>HOUSTON, TX | 10 | N/A | 11/16/2011 | | 20112364 |
| Memorial City Bank<br>HOUSTON, TX | 158,809 | 58679 | MCB Merger Corporation<br>HOUSTON, TX | 0 | N/A | 01/03/2011 | | 20103519 |
| Platinum Subsidiary, Inc.<br>LUBBOCK, TX | 0 | N/A | Platinum Bank<br>LUBBOCK, TX | 122,351 | 58608 | 06/02/2011 | | 20111157 |
| Homebank@<br>SEAGOVILLE, TX | 105,278 | 17094 | HomeBank Merger Corporation<br>SEAGOVILLE, TX | 1 | N/A | 06/29/2011 | | 20111400 |

**Interim Mergers (Page 1 of 1, of 11 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

**Note 2:**   An "Interim Merger" is a merger (other than a purchase and assumption transaction) between an operating institution and a newly formed institution that will not open for business, which exists solely for the purpose of facilitating an acquisition and would have no effect on competition.   Therefore, similar to the corporate reorganization-type mergers, the responsible agency need not request a report of competitive factors from the Department of Justice.

# Failed or Closed Bank Mergers

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name City, State | Total Assets (000's) | Cert # | Institution Name City, State | Assets Acquired (000's) | Offices Acquired | Cert# | Action Approved | DOJ Reply Date See Note 3 | Application Number See Note 3 |
| Enterprise Bank & Trust CLAYTON, MO | 2,791,597 | 27237 | Legacy Bank SCOTTSDALE, AZ | 132,042 | 2 | 57820 | 1/7/2011 | | |
| Bank of the Ozarks LITTLE ROCK, AR | 3,261,135 | 110 | Oglethorpe Bank BRUNSWICK, GA | 194,299 | 2 | 57440 | 1/14/2011 | | |
| First Bank TROY, NC | 3,278,081 | 15019 | The Bank of Asheville ASHEVILLE, NC | 194,408 | 5 | 34516 | 1/21/2011 | | |
| First-Citizens Bank & Trust Company RALEIGH, NC | 17,903,394 | 11063 | United Western Bank DENVER, CO | 1,847,044 | 8 | 31293 | 1/21/2011 | | |
| McFarland State Bank MCFARLAND, WI | 351,840 | 2476 | Evergreen State Bank STOUGHTON, WI | 213,690 | 4 | 5328 | 1/28/2011 | | |
| Renasant Bank TUPELO, MS | 4,291,724 | 12437 | American Trust Bank ROSWELL, GA | 156,355 | 3 | 57432 | 2/4/2011 | | |
| Royal Bank ELROY, WI | 230,586 | 13454 | Badger State Bank CASSVILLE, WI | 80,646 | 1 | 13272 | 2/11/2011 | | |
| First Michigan Bank TROY, MI | 1,690,584 | 58132 | Peoples State Bank HAMTRAMCK, MI | 396,105 | 10 | 14939 | 2/11/2011 | | |
| Bank of Marin NOVATO, CA | 1,208,134 | 32779 | Charter Oak Bank NAPA, CA | 94,595 | 2 | 57855 | 2/18/2011 | | |
| Heritage Bank of the South ALBANY, GA | 727,307 | 50028 | Citizens Bank of Effingham SPRINGFIELD, GA | 213,140 | 4 | 34601 | 2/18/2011 | | |
| SCBT ORANGEBURG, SC | 3,593,230 | 13425 | Habersham Bank CLARKESVILLE, GA | 362,748 | 8 | 151 | 2/18/2011 | | |
| First California Bank WESTLAKE VILLAGE, CA | 1,518,177 | 22819 | San Luis Trust Bank SAN LUIS OBISPO, CA | 348,295 | 1 | 34783 | 2/18/2011 | | |
| First State Bank MENDOTA, IL | 610,565 | 15752 | Valley Community Bank ST. CHARLES, IL | 128,286 | 5 | 34187 | 2/25/2011 | | |
| Seaway Bank and Trust Company CHICAGO, IL | 516,584 | 19328 | Legacy Bank MILWAUKEE, WI | 172,586 | 1 | 34818 | 3/11/2011 | | |
| Heartland Bank and Trust Company BLOOMINGTON, IL | 1,640,463 | 20369 | Western Springs National Bank and Trust WESTERN SPRINGS, IL | 194,157 | 2 | 10086 | 4/8/2011 | | |
| AloStar Bank of Commerce BIRMINGHAM, AL | 0 | 59060 | Nexity Bank BIRMINGHAM, AL | 793,704 | 1 | 19794 | 04/13/2011 | | |
| Hamilton State Bank HOSCHTON, GA | 244,914 | 57810 | Bartow County CARTERSVILLE, GA | 311,289 | 4 | 21495 | 4/15/2011 | | |
| Central Bank STILLWATER, MN | 777,129 | 27234 | Rosemount National Bank ROSEMOUNT, MN | 21,946 | 1 | 24099 | 4/15/2011 | | |
| Talmer Bank and Trust fka First Michigan TROY, MI | 1,691,253 | 58132 | Community Central Bank MOUNT CLEMENS, MI | 404,796 | 4 | 34234 | 4/29/2011 | | |
| Bank of the Ozarks LITTLE ROCK, AR | 3,261,135 | 110 | First Choice Community Bank DALLAS, GA | 297,982 | 7 | 58539 | 4/29/2011 | | |
| Bank of the Ozarks LITTLE ROCK, AR | 3,261,135 | 110 | The Park Avenue Bank VALDOSTA, GA | 737,031 | 12 | 19797 | 4/29/2011 | | |

**Failed or Closed Bank Mergers (Page 1 of 3, of 57 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**

| | Applicant Institution | | | Other/Target Institution | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| Columbia State Bank<br>TACOMA, WA | 4,263,726 | 33826 | Summit Bank<br>BURLINGTON, WA | 137,767 | 3 | 513 | 5/20/2011 | | |
| Columbia State Bank<br>TACOMA, WA | 4,263,726 | 33826 | First Heritage Bank<br>SNOHOMISH, WA | 169,387 | 5 | 23626 | 5/27/2011 | | |
| First Citizens Bank and Trust<br>Company, Inc.<br>COLUMBIA, SC | 8,365,137 | 15504 | Atlantic Bank & Trust<br>CHARLESTON, SC | 179,946 | 3 | 58420 | 6/3/2011 | | |
| Stonegate Bank<br>FORT LAUDERDALE, FL | 761,841 | 57934 | First Commercial Bank of Tampa<br>Bay<br>TAMPA, FL | 99,155 | 2 | 27583 | 6/17/2011 | | |
| Hamilton State Bank<br>HOSCHTON, GA | 283,449 | 57810 | McIntosh State Bank<br>JACKSON, GA | 330,737 | 4 | 19237 | 6/17/2011 | | |
| First American Bank and Trust Company<br>ATHENS, GA | 451,658 | 16858 | Mountain Heritage Bank<br>CLAYTON, GA | 99,932 | 2 | 57593 | 6/24/2011 | | |
| First-Citizens Bank & Trust Company<br>RALEIGH, NC | 20,955,778 | 11063 | Colorado Capital Bank<br>CASTLE ROCK, CO | 675,666 | 7 | 34522 | 7/8/2011 | | |
| Points West Community Bank<br>JULESBURG, CO | 136,326 | 3031 | Signature Bank<br>WINDSOR, CO | 64,296 | 3 | 57835 | 7/8/2011 | | |
| Ameris Bank<br>MOULTRIE, GA | 2,915,091 | 20504 | High Trust Bank<br>STOCKBRIDGE, GA | 179,333 | 2 | 19554 | 07/15/2011 | | |
| Ameris Bank<br>MOULTRIE, GA | 2,915,091 | 20504 | One Georgia Bank<br>ATLANTA, GA | 184,349 | 1 | 58238 | 07/15/2011 | | |
| The Foothills Bank<br>YUMA, AZ | 223,636 | 34573 | Summit Bank<br>PRESCOTT, AZ | 75,096 | 1 | 57442 | 07/15/2011 | | |
| American Momentum Bank<br>TAMPA, FL | 664,254 | 58309 | LandMark Bank of Florida<br>SARASOTA, FL | 265,332 | 6 | 35244 | 7/22/2011 | | |
| American Momentum Bank<br>TAMPA, FL | 664,254 | 58309 | Southshore Community Bank<br>APOLLO BEACH, FL | 42,461 | 2 | 58056 | 7/22/2011 | | |
| SCBT<br>ORANGEBURG, SC | 3,837,432 | 13425 | BankMeridian, N.A.<br>COLUMBIA, SC | 233,711 | 3 | 58222 | 07/29/2011 | | |
| Heartland Bank and Trust Company<br>BLOOMINGTON, IL | 1,822,758 | 20369 | Bank of Shorewood<br>SHOREWOOD, IL | 109,154 | 3 | 22637 | 8/5/2011 | | |
| Columbia State Bank<br>TACOMA, WA | 4,425,558 | 33826 | Bank of Whitman<br>COLFAX, WA | 305,617 | 8 | 22528 | 8/5/2011 | | |
| Enterprise Bank & Trust<br>CLAYTON, MO | 2,925,023 | 27237 | The First National Bank of Olathe<br>OLATHE, KS | 518,496 | 6 | 4744 | 8/12/2011 | | |
| Inland Bank & Trust<br>OAK BROOK, IL | 1,207,191 | 22444 | First Choice Bank<br>GENEVA, IL | 136,566 | 1 | 57212 | 8/19/2011 | | |
| Heritage Bank of the South<br>ALBANY, GA | 960,122 | 50028 | First Southern National Bank<br>STATESBORO, GA | 148,879 | 1 | 57239 | 8/19/2011 | | |
| Georgia Commerce Bank<br>ATLANTA, GA | 419,463 | 57521 | CreekSide Bank<br>WOODSTOCK, GA | 100,439 | 2 | 58226 | 9/2/2011 | | |
| Georgia Commerce Bank<br>ATLANTA, GA | 419,463 | 57521 | Patriot Bank of Georgia<br>CUMMING, GA | 145,527 | 1 | 58273 | 9/2/2011 | | |
| Southern Bank and Trust Company<br>MOUNT OLIVE, NC | 1,337,305 | 15359 | Bank of the Commonwealth<br>NORFOLK, VA | 868,453 | 21 | 20408 | 9/23/2011 | | |
| Tri Counties Bank<br>CHICO, CA | 2,174,946 | 21943 | Citizens Bank of Northern California<br>NEVADA CITY, CA | 291,245 | 7 | 33983 | 9/23/2011 | | |

**Failed or Closed Bank Mergers (Page 2 of 3, of 57 records)**

Data Date(s) 01/01/2011 to 12/31/2011

| Applicant Institution | | | Other/Target Institution | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Institution Name<br>City, State | Total Assets<br>(000's) | Cert # | Institution Name<br>City, State | Assets<br>Acquired<br>(000's) | Offices<br>Acquired | Cert# | Action<br>Approved | DOJ<br>Reply Date | Application<br>Number |
| Great Southern Bank<br>REED SPRING, MO | 3,415,436 | 29546 | Sun Security Bank<br>ELLINGTON, MO | 352,079 | 27 | 20115 | 10/7/2011 | | |
| Central Bank<br>STILLWATER, MN | 769,629 | 27234 | The RiverBank<br>WYOMING, MN | 428,566 | 6 | 10216 | 10/7/2011 | | |
| Bank of North Carolina<br>THOMASVILLE, NC | 2,145,393 | 33527 | Blue Ridge Savings Bank, Inc.<br>ASHEVILLE, NC | 168,258 | 10 | 32347 | 10/14/2011 | | |
| Blackhawk Bank & Trust<br>MILAN, IL | 865,838 | 18402 | Country Bank<br>ALEDO, IL | 124,360 | 2 | 35395 | 10/14/2011 | | |
| State Bank and Trust Company<br>MACON, GA | 2,772,193 | 57870 | Piedmont Community Bank<br>GRAY, GA | 199,640 | 2 | 57256 | 10/14/2011 | | |
| State Bank and Trust Company<br>MACON, GA | 2,772,193 | 57870 | Community Capital Bank<br>JONESBORO, GA | 164,801 | 2 | 57036 | 10/21/2011 | | |
| Fidelity Bank<br>ATLANTA, GA | 2,040,778 | 21440 | Decatur First Bank<br>DECATUR, GA | 179,391 | 5 | 34392 | 10/21/2011 | | |
| International Bank of Chicago<br>CHICAGO, IL | 237,591 | 33708 | All American Bank<br>DES PLAINES., IL | 32,535 | 1 | 57759 | 10/28/2011 | | |
| Premier Bank f/k/a Purdum State Bank<br>PURDUM, NE | 20,615 | 12493 | Mid City Bank, Inc.<br>OMAHA, NE | 107,374 | 5 | 19397 | 11/4/2011 | | |
| Cache Valley Bank<br>LOGAN, UT | 295,509 | 22134 | SunFirst Bank<br>SAINT GEORGE, UT | 178,232 | 3 | 57087 | 11/4/2011 | | |
| Century Bank of Georgia<br>CARTERSVILLE, GA | 115,044 | 35236 | Community Bank of Rockmart<br>ROCKM ART, GA | 41,544 | 1 | 57860 | 11/10/2011 | | |
| First NBC Bank<br>NEW ORLEANS, LA | 1,776,507 | 58302 | Central Progressive Bank<br>LACOMBE, LA | 372,992 | 17 | 19657 | 11/18/2011 | | |
| Grinnell State Bank<br>GRINNELL, IA | 170,968 | 11347 | Polk County Bank<br>JOHNSTON, IA | 91,501 | 3 | 14194 | 11/18/2011 | | |

**Failed or Closed Bank Mergers (Page 3 of 3, of 57 records)**

**Data Date(s) 01/01/2011 to 12/31/2011**


**Note 3:**   The "Other/Target Institution" is an institution that failed during 2011.   The respective "Applicant Institution" is the competitive bidding winner to purchase certain assets and assume the liabilities to pay certain deposits of the "Other/Target Institution."   The FDIC's Board of Directors found that immediate action was necessary, and therefore, the publication of notice and solicitation of reports on the competitive factors were not required.   Thus, there is no "Department of Justice Reply Date," nor an "Application Number."

If the "Applicant Institution" is a non FDIC-supervised financial institution, the Primary Federal Regulator processed that merger application, and that application is not included in the FDIC's annual merger report.

Federal Deposit Insurance Corporation
550 17th Street, NW
Washington, DC 20429

P 6211-01-11

Design by the FDIC•DOA•CSB•Graphic Design and Printing Unit