**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

ALBERTO AUGUSTIN SUEGART          CASE NO.: 16-19113-RAM
                                                       CHAPTER 13

              Debtor.
_____/

**AGREED MOTION TO STRIKE AND**
**REDACT DOC. NO. 88 NOTICE OF FILING**

BSI Financial Services, As Servicing Agent For HMC Assets, LLC Solely In Its Capacity As Separate Trustee Of Community Development II Trust ("BSI"), by and through its Counsel and with the agreement of Counsel for the Debtor, moves as follows:

1. On July 23, 2018 the Debtor filed a Notice of Filing Transcript Of Deposition Of John P. Gresham Of BSI Financial Services with multiple attachments thereto (Doc. No. 88; the "Notice of Filing").

2. The Notice of Filing should be stricken from the record and public access restricted thereto.

**WHEREFORE**, Secured Creditor BSI respectfully requests this Court grant this Agreed Motion and enter an Order striking the Notice of Filing from the record, directing the clerk to restrict public access to the Notice of Filing, and enter any such other and further relief as the Court deems appropriate.

                                               /s/ Chase A. Berger
                                               Chase A. Berger, Esq.
                                               Florida Bar No. 083794
                                               cberger@ghidottiberger.com
                                               **GHIDOTTI | BERGER, LLP**
                                               3050 Biscayne Boulevard - Suite 402
                                               Miami, Florida 33137
                                               Telephone: (305) 501.2808
                                               Facsimile: (954) 780.5578

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By: /s/ Chase A. Berger
Chase A. Berger, Esq.
Florida Bar Number 083794

## CERTIFICATE OF SERVICE

I certify that on July 26, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon the parties listed below.

By: /s/ Chase A. Berger
Chase A. Berger, Esq.
Florida Bar Number 083794

Alberto Augustin Suegart - Debtor
10309 SW 162nd Court, Miami, FL 33196

Armando Montalvo, Esq. - Debtor's Counsel
1801 NE 123 Street, Suite 314, Miami, FL 33181

Nancy K. Neidich – Ch13 Trustee
P.O. Box 279806, Miramar, FL 33027

Office of the United States Trustee
51 SW 1st Avenue, Suite 1204, Miami, FL 33130