

**ORDERED in the Southern District of Florida on July 30, 2018.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

In re:

ALBERTO AUGUSTIN SUEGART                    CASE NO. 16-19113-RAM
                                                                          CHAPTER 13

                          Debtor.
_____/

### ORDER GRANTING *EX PARTE* MOTION FOR CLARIFICATION

     **THIS MATTER** came before the Court upon the *Ex Parte* Motion For Clarification Of

Order (the "Motion") filed by BSI Financial Services, As Servicing Agent For HMC Assets, LLC

Solely In Its Capacity As Separate Trustee Of Community Development II Trust ("BSI") (Doc. No.

91). The Court, having considered the Motion and being otherwise fully advised in the premises finds

it appropriate to grant the requested relief.  It is

     **ORDERED**:

     1.     The Motion (Doc. No. 91) is GRANTED.

     2.     It is clarified that the Agreed Order Striking Doc. No. 88 Notice of Filing And

Directing Clerk To Restrict Document From Public View (Doc. No. 90) does not direct or authorize

- 2 -

any supplemental or additional filing of any deposition transcript or any filing otherwise prohibited

by Local Rule 7026-1(C).

###

Submitted by:

Chase A. Berger, Esq.
Florida Bar No. 083794
cberger@ghidottiberger.com
**GHIDOTTI ǀ BERGER, LLP**
3050 Biscayne Boulevard - Suite 402
Miami, Florida 33137
Telephone: (305) 501.2808
Facsimile: (954) 780.5578

**Copies furnished to:**
Chase A. Berger, Esq.
Mr. Berger is directed to serve a copy of this order on interested parties who are non-CM/ECF users and
to file a Certificate of Service within three days of entry of the order.