UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

                                         Chapter 13
                                    Case No.: 16-19113-RAM

**ALBERTO AGUSTIN SUEGART**,

   Debtor.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2018, I served a conformed copies of the *Agreed Order Granting Motion to Strike (Re: 89), Granting Motion to Redact (Re: 89)* [D.E. 90] and *Order (1) Reserving Ruling on BSI Financial Services Motion for Clarification of the Automatic Stay (Re: 68) and (2) Granting Motion To Compel Compliance with Confirmation Order (Re: 82)* [D.E. 94] upon all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

**Dated this 1st day of August, 2018.**

                                                   Respectfully submitted,

                                                   **GHIDOTTI │ BERGER, LLP**
                                                   *Attorneys for Secured Creditor*
                                                   3050 Biscayne Blvd. - Suite 402
                                                   Miami, Florida 33137
                                                   Telephone: (305) 501.2808
                                                   Facsimile: (954) 780.5578

                                                 By: ___/s/ Chase A. Berger_____
                                                        Chase A. Berger, Esq.
                                                        Florida Bar No. 083794
                                                        cberger@ghidottiberger.com

## CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A).

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on August 1, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

I also certify that the foregoing document is being served this day, either via transmission of Notice of Electronic Filing generated by CM/ECF or by first class U.S. Mail, upon:

*Debtor*
**Alberto Agustin Suegart**
10309 S.W. 162nd Court
Miami, FL 33196

*Debtor's Counsel*
**Armando Montalvo, Esq.**
1801 N.E. 123rd Street, Suite 314
Miami, FL 33181

*Trustee*
**Nancy K. Neidich**
P.O. Box 279806
Miramar, FL 33027

*U.S. Trustee*
**Office of the US Trustee**
51 S.W. 1st Avenue - Suite 1204
Miami, FL 33130

By:  /s/ Chase A. Berger
Chase A. Berger, Esq.