UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:

ALBERTO AUGUSTIN SUEGART,                    Case No. 16-19113-RAM
                                             Chapter 7
    Debtor.
_____/

### DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

The Debtor, ALBERTO AGUSTIN SUEGART (the "Debtor"), by and through the undersigned attorney, files this motion to modify Chapter 13 plan, pursuant to 11 U.S.C. § 1329 and Local Rule 9013- 1(D)(4)(h), and states as follows:

### BACKGROUND

1. On June 28, 2016 (the "Petition Date"), the Debtor, ALBERTO AGUSTIN SUEGART, filed a voluntary petition for relief under Title 11, Chapter 13 of the United States Bankruptcy Code.

2. On September 8, 2016, the Debtor's § 341 Meeting of Creditors was held and concluded.

3. On October 2, 2016 Debtor filed and *Ex Parte* Verified Motion for Referral to Mortgage Modification Mediation with Lender Seterus, Inc (the "MMM") [D.E. #31], and on August 7, 2017, the Court entered an Order Granting Debtor's MMM [D.E. #48].

4. During the mediation process, Debtor and BSI were unable to reach an agreement, and on November 29, 2017, a Final Report of Loss Mitigation/Mortgage Modification Mediator was entered [D.E. 49].

### RELIEF REQUESTED

5. Through an Adversary proceeding commenced on July 16, 2018 by the Debtor (the "Adversary") [Adv. Case No: 18-01276], Debtor began a process of, *inter alia,* disputing the amounts

shown in Lender's Proof of Claim and asserting that Lender lacks proper standing to collect and service the claim.

6. Nonetheless, Debtor wishes to modify his plan to conform to Lender's claim (Claim No.1) and concurrently with this motion, Debtor has filed a proposed Modified Plan.

7. Debtor respectfully requests that a hearing on the confirmation of the Modified Plan be continued until such time as the Adversary proceeding has been concluded.

WHEREFORE, the Debtor respectfully request that this honorable Court enter an order granting the Debtor's Motion to Modify Chapter 13 Plan and any other relief this Court deems proper.

## CERTIFICATE OF SERVICE

I CERTIFY that a true and correct copy of the foregoing was served via Notice of Electronic Filing (CM/ECF) on August 12, 2018, upon all registered users in this case.

**MONTALVO LAW OFFICES**
1801 N.E. 123 Street, Suite 314
Miami, FL 33181
Telephone: (305) 416-0072
Email: montalvolaw@gmail.com

/s/ *Armando Montalvo*
FBN: 250007